UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. MOORE, SR., | No.  2:25-cv-2880-DC-CKD P |
| Plaintiff, | |
| v. | ORDER |
| TANI CANTIL-SAKAYUE, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file objections to the court's May 7, 2026, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 10) is granted; and

2.  Plaintiff is granted sixty days from the date of this order in which to file objections to the findings and recommendations.

Dated:  June 2, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 moor2880.36

1