UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN J. MOORE, SR.,

Plaintiff,

v.

TANI CANTIL-SAKAUYE, et al.,

Defendants.

No. 2:25-cv-02880-DC-CKD (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 7, 12)

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 7, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 7. Plaintiff sought and was granted an extension of time to file objections to the findings and recommendations. ECF Nos. 10, 11. Despite receiving an extension of time, plaintiff has not filed objections to the findings and recommendations and the deadline has passed. Instead, plaintiff filed a document styled as a motion to dismiss stating plaintiff would be willing to dismiss his complaint if the court relieves him of paying the filing fee, but plaintiff cites no authority to support such a contingent dismissal. ECF No. 12.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows

1. The findings and recommendations (ECF No. 7) are ADOPTED;
2. Plaintiff's motion to dismiss this case contingent upon the court relieving him of paying the filing fee (ECF No. 12) is DENIED;
3. Plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915A(b); and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 18, 2026**

Dena Coggins
United States District Judge